**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-6877**

JAMES CALVIN ADDISON,

Plaintiff - Appellant,

versus

RIDGELAND CORRECTIONAL INSTITUTION; SOUTH
CAROLINA DEPARTMENT OF CORRECTIONS; CAPTAIN
EICHELBERGER; CAPTAIN SALWIERZ; CHRISTOPHER
FELDER, Major; BRUCE RIVERS, Associate Warden;
MR. REX DERNE, School Principal; MS. SHANNON
CREWS, Administrative Assistant; LIEUTENANT
MCNEIL; CORPORAL HAYWARD, Security; TIMOTHY
LILLY; OFFICE CLERK; ARTHUR LITHY, Law Library
Clerk,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Henry M. Herlong, Jr., District
Judge. (CA-04-550-2-20AJ)

Submitted: November 4, 2004      Decided: November 9, 2004

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Calvin Addison, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Calvin Addison seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to exhaust administrative remedies. The district court properly required exhaustion of administrative remedies under 42 U.S.C. § 1997e(a) (2000). Because Addison did not demonstrate to the district court that he had exhausted administrative remedies or that such remedies were not available, the court's dismissal of the action, without prejudice, was not an abuse of discretion. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED